IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Robert Lee Randolph, Jr. | ) | |
| | ) | C/A No. 1:16-2953-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Vernetta Dozier and Harold Young, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Robert Lee Randolph, Jr., an inmate proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983.[1] Before the court is the Magistrate Judge's Report and Recommendation ("Report"), recommending that the court dismiss Plaintiff's action with prejudice for failure to prosecute. (ECF No. 39). Plaintiff timely filed objections to the Report. (ECF No. 41). In his objections, Plaintiff also states he objects to the pending summary judgment motion for several reasons (ECF No. 31).

After a thorough review of the Report and the record in this case, and as it appears that Plaintiff wishes to proceed with this action, the court declines to adopt the Magistrate Judge's Report and recommits the matter to the Magistrate Judge for further handling.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

June 26, 2017
Anderson, South Carolina

---

[1] In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02, DSC, this matter was initially referred to a magistrate judge.

1